IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Wharton, David

Printed: 7/15/08

Case Number: 07 B 20031
Judge: Wedoff, Eugene R
Filed: 10/29/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: May 29, 2008
Confirmed: January 17, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 100.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 94.60 |
| Trustee Fee: |  | 5.40 |
| Other Funds: |  | 0.00 |
| Totals: | 100.00 | 100.00 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 1. Robert J Semrad & Associates | Administrative | 3,464.00 | 94.60 |
| 2. City Of Chicago Dept Of Revenue | Unsecured | 312.50 | 0.00 |
| 3. GC Services | Unsecured |  | No Claim Filed |
| 4. American Collection Corp | Unsecured |  | No Claim Filed |
| 5. Medical Collections | Unsecured |  | No Claim Filed |
| 6. Target Financial Services | Unsecured |  | No Claim Filed |
| 7. West Asset Management | Unsecured |  | No Claim Filed |
|  |  | $ 3,776.50 | $ 94.60 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 5.40 |
|  | $ 5.40 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

